# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA, TUCSON

CV-24-02416-PHX-ESW

| | |
|---|---|
| RENE ORTIZ, | Case No. |
| JOSEPH ROBINETTE BIDEN JR. | INJUNCTION |
| Plaintiffs, | **RE: REQUEST FOR INJUNCTION |
| | (1) TO PREVENT CANDIDACY OF |
| vs. | KAMALA DEVI HARRIS & DONALD |
| | JOHN TRUMP; (2) TO PLACE RENE |
| KAMALA DEVI HARRIS, | ORTIZ JOSEPH ROBINETTE BIDEN JR. |
| DONALD JOHN TRUMP, | ON THE BALLOT, AND (3) |
| THE UNITED STATES OF AMERICA, | ADDITIONAL RELIEF** |
| THE 50 STATES AND COMMONWEALTH | |
| OF THE UNITED STATES, | THIS PETITION IS FILED IN ACCORDANCE WITH THE FIRST AMENDMENT AND RELEVANT CASE LAW(S). NO FILING FEE OR OTHER REQUIREMENTS SHOULD BE IMPOSED ON THE PETITIONERS, AS THEY ARE EXERCISING THEIR CONSTITUTIONAL RIGHT TO PARTICIPATE IN THE DEMOCRATIC PROCESS. |
| THE DEMOCRATE PARTY, | |
| THE REPUBLCIAN PARTY | |
| , | |
| Defendants. | |

FILED ___ LODGED ___
RECEIVED ___ COPY
SEP 13 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

To the Honorable Court of the United States District Court, District of Arizona, Tucson,

I, Rene Ortiz, peacefully and patriotically exercising my First Amendment Right, as a concerned US Citizen and a honorably discharged Combat US Marine veteran, to participate in the democratic process and *"the right of the people peaceably to assemble, and to petition the Government for a redress of grievances"* (1st Amendment). I am petitioning this grievance and

request an injunction to prevent Vice President Kamala Devi Harris (Harris) and former President Donald John Trump (Trump) from being placed on the ballot for the upcoming election for the Office of President of the United States. Additionally, I request this Honorable Court to order the 50 States and Commonwealth of the United States to have our names, Rene Ortiz and Joseph R. Biden, be included on the ballot as a viable candidate.

Our names should appear as such:

    **Rene Ortiz- President/Vice President**

    **Joseph R Biden- Vice President/President**

It is also requested that: **1) a Secret Service detail be assigned to Rene Ortiz for his and his family protection due to the sensibility of the issue before the Court**; 2) provide Ortiz with an executive staff for his campaign; 3) have the 50 States, and Commonwealths of the United States announce our petition for the candidacy for the Presidency to the American People via private and public media(s) and set up a forum (TV, Town Hall Meetings and appearances), to present to the American People of ourselves of our intentions and goals and objectives for the U.S..

1. **VP Harris' Suitability**:

Harris, currently a prosecutor, has exhibited a failure to enforce the Rule of Law(s) by not addressing Trumps' disqualifications. Her inaction reflects poorly on her suitability to hold an office requiring rigorous law enforcement and moral integrity.

2. **Trumps' Disqualification**:

Trump has multiple legal issues that call into question his credibility, honesty, mental and ability of his competence, and suitability, fitness for office:

a) **State of New York et al vs Donald J Trump**:

Conviction for defrauding businesses, misrepresenting himself, and his business corporation for personal gain.

b) **Jane Doe #1 and Jane Doe #2 vs United States**:

Allegations of raping underage girls, including taking turns with Jeffrey Epstein to take girls virginity. Trump is a convicted pedophile and a sexual predator.

c) **State of New York vs Donald J. Trump**:

Conviction for defrauding the American people by paying "hush" money to a porn star to conceal their affair during his marriage to wife #5 while she was pregnant, when he ran for the Oval Office in 2016. Under the Fraud Doctrine (*US vs Throckmorton*), these conviction of fraud vitiates-nulls and voids, everything related to Trump, to include the American Peoples decision of Trumps' victory of the 2016 Presidential Election, and nullifies his entire presidential term- all decision(s), Executive Orders, enactment of signing law(s), the selection and nomination of appointees and hires to the US Government, particularly to the Court(s)- are nulled and voided.

d) **United States vs Donald J. Trump**:

Accusations of taking classified documents from the Oval Office and refusing to return them.

e) ** *Georgia vs Donald J. Trump* **:

"A Fulton County grand jury indicted former President Donald Trump and 18 others in a case related to efforts to overturn the 2020 election results. Georgia's RICO law is the foundation of the 41-count indictment, in which D.A. Fani Willis alleges the defendants conspired to unlawfully change the outcome of the election in favor of Trump." (wabe,org)

Other concerns pertaining to Trump credibility, suitability, honesty, moral character and fitness for Office:

- ➢ It is said that Trump speaks 30 untrue statements per a 2-minute period, this is an unacceptable when speaking to the American People as the POTUS.
- ➢ It is reported by media sources that Trump has accepted assistance and money from foreign governments for his own personal gain when he was in Office. (A treasonous act)
- ➢ Trump advocated and led the revolt against the US Government to prevent the change of Power; over 1300 citizens (all Republican members and Trump supportors) have been convicted for the participation of the January 6th rebellion against the Government to keep Trump in Office.
- ➢ Trump has disrespected veterans by calling veterans suckers and losers, not performing his duty as Commander in Chief by not attending military ceremonies but using Arlington National Cemetery for his own political gain.
- ➢ Trump has also mocked, ridiculed the American People by making fun of people with disabilities.
- ➢ Trump labeled Mexicans as criminals and rapist.

- It appears that Trump has disdained for the American People yet seeks the position of the Oval Office to be a dictator (for a day) and seek revenge against his political opponents.
- These legal actions and his and supporters of his rebellion against the American People to keep Donald J. Trump in power, raises significant concerns about his suitability to hold the highest office in the land. Harris' failure to address these issues also questions her suitability.
- Trump also used political party (the Republican Party) members to create fake electors to claim that Trump was the winner of the 2020 Presidential Election in several States, such GA, AZ, MI, and WI. It may be considered that Trump may attempt to conduct the same illegal operation in this election cycle.

3. **Rene Ortiz's Qualifications**:

I, Rene Ortiz, am a Combat US Marine Veteran with an Honorable discharge and a record of service characterized by honor and integrity. My DD214 has been verified and validated by the Department of Veterans Affairs as a true and accurate record of my Honorable service. My qualifications and character align with the high standards required for the Office of President. Therefore, I respectfully request that our names, (Ortiz & Biden) be placed on the ballot as a candidate, as we meet the Constitutional requirements for the Office and have sworn to support and defend the Constitution against all enemies foreign and domestic such the likes of Trump- a threat to democracy and the American way of Life.

4. **Requests for Additional Relief**:

   a) **Secretary of State Response**:

   I request that each Secretary of State of the 50 States and Commonwealths, the candidates- Harris ad Trump, respond to this injunction to defend their actions regarding the acceptance of these candidates' petitions to be on the ballot.

   a. *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them"*. Miranda v. Arizona, 384 U.S. 436, 491;

   b. *"A fundamental right may not be abridged without a compelling state interest"*. Curry v. Planning and Zoning Commission of Town of Guilford, 376 A.2d 79, 34;

   c. *"All laws which are repugnant to the Constitution are null and void"*. Marbury v. Madison, 5 U.S. (Cranch) 137, 174 (1803);

   IAW the Constitution and case law(s) (above and others) the government (this Court and States and Commonwealths) cannot prevent, interfere, set a standard, enact law(s) or charge a fee for exercising a right; therefore, I request that our names be placed on the ballot without prejudice or recourse, question or hesitation by September 27, 2024 to ensure our names are on the ballot.

   b) **Fraud Doctrine Application**:

   Given that Donald J. Trump has committed and been convicted of fraud against voters in his 2016 presidential campaign and allegations of the same fraudulent actions in Trumps' 2020 Presidential run, I request that, under the Fraud Doctrine, Trump entire 2016

presidential term be declared null and void. All actions and decisions made during his term should also be annulled, as well as the removal of all appointees and hirees to any position in the Government, especially the appointment of Justices to all Courts due to fraud as fraud vitiates everything. Trumps incompetence has been cancerous and has spread to all parts of the Government especially the Courts. For example, the Department of Veterans Affairs granted benefits to unauthorized personnel; the Supreme Court authorized persons the legal standing to sue in Court, when they did not nor have previous legal standing.

c) Trumps' stupidity and racist views has spread across the country; and his racist views and comments has been received and endorsed by radical and racist organizations/groups such as the Ku Klux Klan, the Proud Boys, American Nazi Party, Aryan Brotherhood of Texas, National Alliance, a white supremacist political organization, White America, Inc, and other groups and organization against democracy and the Will of the People.

d) **Prosecution of 2016 Term**:

This matter should be referred to the US Government prosecution office to erase the 2016 presidential term from recorded history, this action is based on the fraud doctrine and the Government should vitiate everything Trump has touched.

In closing the Court should take this issue before the Court seriously as the future of this country lays in the balance of a state of confusion and chaos. This grievance/complaint injunction is to test the balance and separation of power and authority of the three branches, and also test the integrity and honor of the Judicial Branch to act honorably, impartial and to uphold and enforce

the Rule of Law; This grievance is also to test a single citizen power and authority he/she possesses, under the U.S. Constitution, to peacefully and patriotically "rebel" litigiously against the current ideologies and standards of the democracy of the US Government. If this Court refuses or fails to hear this issue, or by ordering the States and Commonwealths and U.S. Governments to comply with this injunction, it may be concluded that the Judicial, Executive and Legislative Branches of the Government may be "corrupt", been breached (overtaken by a corrupt power) or under the control of a threatening force, which renders the States, Commonwealth and U.S. Governments inactive, inoperable, and ineffective to meet the needs the American people by refusing to uphold and enforce the Rule of Law.

Therefore, I request that the Court order the 50 States, and Commonwealths of the United States to: 1) remove the names of Harris and Trump from the presidential ballot of the 50 States, and Commonwealths of the United States; 2) place our names (Ortiz, Biden) on the presidential ballots of the 50 States, and Commonwealths of the United States; 3) provide Ortiz with Secret Service detail for his and his family protection; 4) provide Ortiz an executive staff for their presidential campaign; 5) order the Executive Branch to begin the investigation and prosecution of Trumps' fraudulent 2016 Presidential victory and erase and nullify Trumps' Presidential term; 6) order the Executive Branch to prosecute Trump under this filed petition, as it is not the duty nor the responsibility of a single citizen (Ortiz) to undertake such the endeavor, nor enforce or uphold the Rule of Law. The Judicial Branch was not established to hear the complaints of a grieved party, it is established to uphold and enforce the Rule of Law against all citizens and the States, Commonwealth of the United States and the U.S. Governments, thus the Court is charged with upholding and enforcing the Rule of Law and reestablish order and justices for all, as the US Constitution was created to provide equal protection of all.

Thank you for your consideration of this urgent matter.

Respectfully submitted,

Rene Ortiz, United States Marine, Combat Veteran
September 13, 2024

Plaintiff(s), Candidate(s) for the Oval Office
RENE ORTIZ, PAG, U.S. Marine Combat Veteran Represented by
Department of Veterans Affairs, (VA)
The American Federation of Government Employees (AFGE)
Veterans of Foreign Wars, (VFW)
The United States Attorneys General, Sacramento Office (USAG) and

Mailing Address:

560 E Cactus Wren Dr.
Casa Grande, AZ 85122
(602) 754-0025

Attorneys, Tutelary, Caretaker and/or Fiduciary for Plaintiff(s), Veteran,

MARIA DEL SOCORRO ORTIZ

CAMILLE STROUGHTER
Oakland VA Regional Office Counsel

PHILLIP A. TALBERT
United States Attorney

W. DEAN CARTER
Assistant United States Attorney
E-mail: dean.carter@usdoj.gov
Telephone: (916) 554-2781
Facsimile: (916) 554-2900

JOSEPH B. FRUEH
Assistant United States Attorney
E-mail: joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
501 I Street, Suite 10-100
Sacramento, CA 95814