# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Ortiz, | No. CV-24-02416-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Kamala Devi Harris, et al., | |
| Defendants. | |

On September 17, 2024, the Court ordered Plaintiff to submit the filing fee or an application to proceed in forma pauperis within 30 days and informed Plaintiff that failure to comply with that order would result in dismissal without prejudice and without further notice. (Doc. 5.)  Plaintiff has not submitted the filing fee or an application to proceed in forma pauperis.

Accordingly,

**IT IS ORDERED** that this action is dismissed without prejudice.  The Clerk of Court shall terminate the action.

**IT IS FURTHER ORDERED** that the motion to compel appearance (Doc. 8) is denied as moot.

Dated this 25th day of October, 2024.

Dominic W. Lanza
United States District Judge