# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Ortiz, | No. CV-24-02416-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Kamala Devi Harris, et al., | |
| Defendants. | |

On October 25, 2024, the Court dismissed this action for failure to file an application to proceed in forma pauperis or pay the filing fee. (Doc. 14).

On November 5, 2024, Plaintiff filed a motion for reconsideration. (Doc. 15.)

Motions for reconsideration are disfavored and should be denied "absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to [the Court's] attention earlier with reasonable diligence." LRCiv. 7.2(g). Reconsideration is an "extraordinary remedy" that is available only in "highly unusual circumstances." *Kona Enters., Inc. v. Estate of Bishop,* 229 F.3d 877, 890 (9th Cir. 2000) (citations omitted).

Plaintiff has not made any showing of manifest error or new facts or legal authority that could not have been brought earlier. Plaintiff asserts that "[i]t is possible that a filing fee was accepted by the Tucson Court," but this possible payment of a filing fee appears to pertain to an unrelated matter. Plaintiff brings forth no evidence that he paid a filing fee for this matter, and the courthouse staff has confirmed that there is no

record of Plaintiff paying any filing fee for the above-captioned case.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for reconsideration (Doc. 15) is **denied**. This case remains **closed**.

**IT IS FURTHER ORDERED** that a certificate of appealability and leave to proceed in forma pauperis on appeal are denied with respect to this ruling.

Dated this 15th day of November, 2024.

_____
Dominic W. Lanza
United States District Judge

- 2 -